UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. SALINAS,<br><br>          Petitioner,<br><br>  v.<br><br>KELLY HARRINGTON, Warden,<br><br>          Respondent. | No. CV 10-6374-MMM (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 18, 2012          _____
                                                 MARGARET M. MORROW
                                                 United States District Judge